Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
Attorneys for Plaintiff,
*Crystal Redick*

Charles Lew, Esq. SBN 227495
charles@thelewfirm.com
Isaiah Artest, Esq. SBN 320326
isaiah@thelewfirm.com
**THE LEW FIRM APC**
9440 Santa Monica, Suite 301
Beverly Hills, CA 90210
Telephone: (310) 279-5145
Attorneys for Defendant,
*Bike Shed Moto Co. Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BIKE SHED MOTO CO. INC, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07382-DMG-JEM<br><br>*Honorable Judge Dolly M. Gee*<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); [PROPOSED] ORDER**<br><br>Complaint Filed: October 11, 2022<br>Trial Date: December 19, 2023 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Crystal Redick, and Defendant Bike Shed Moto Co. Inc., stipulate and jointly request that this Court enter a dismissal with prejudice as to all of Plaintiff's claims in their entirety. Each party shall bear her or its own fees and costs.

Dated: June 21, 2023  **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho, Esq.
Carolin K. Shining, Esq.
*Attorneys for Plaintiff*

Dated: June 21, 2023  **THE LEW FIRM APC**

*/s/ Charles Lew*
Charles Lew, Esq.
Isaiah Artest, Esq.
*Attorneys for Defendant*

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 21, 2023  **WILSHIRE LAW FIRM, PLC**

*/s/ __Thiago M. Coelho_*
Thiago M. Coelho
*Attorney for Plaintiff*