JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BIKE SHED MOTO CO. INC, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: CV 22-7382-DMG (JEMx)<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A) [23]** |

1 | Based on the parties' stipulation, and good cause appearing, the above-captioned action is dismissed with prejudice as to all of Plaintiff's claims in their entirety. Each party shall bear her or its own fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: June 26, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE